## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

GAI CONSULTANTS, INC.                    :    No. 313 WAL 2015
                                         :
                                         :
                                         :
v.                                       :    Petition for Allowance of Appeal from
                                         :    the Order of the Commonwealth Court
                                         :
HOMESTEAD BOROUGH                        :
                                         :
                                         :
v.                                       :
                                         :
                                         :
REDEVELOPMENT AUTHORITY OF               :
ALLEGHENY COUNTY                         :
                                         :
STEEL VALLEY SCHOOL DISTRICT             :
                                         :
                                         :
v.                                       :
                                         :
                                         :
COUNTY OF ALLEGHENY,                     :
REDEVELOPMENT AUTHORITY OF               :
ALLEGHENY COUNTY, BOROUGH OF             :
HOMESTEAD,  BOROUGH OF                    :
MUNHALL, BOROUGH OF WEST                 :
HOMESTEAD, WATERFRONT                    :
PARTNERS                                 :
                                         :
                                         :
PETITION OF: BOROUGH OF                  :
HOMESTEAD                                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.